# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MICHELLE PIETRAZAK, | : | |
| Plaintiff, | : | |
| | | Case No. 3:05CV0246 |
| | : | |
| vs. | | District Judge Walter Herbert Rice |
| | : | Magistrate Judge Sharon L. Ovington |
| JO ANNE B. BARNHART, | | |
| Commissioner of the Social | : | |
| Security Administration, | | |
| | : | |
| Defendant. | | |
| | : | |

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON DECEMBER 7, 2007 (Doc. #19); GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES (DOC. # 16)**

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #19), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** in full said Report and Recommendations. It is therefore **ORDERED** that:

1. The Report and Recommendations filed on December 7, 2007(Doc. #19) is **ADOPTED** in full;

2. Plaintiff is granted an award of attorney fees in the total amount of $3,742.62; and,

3. The case remains terminated on the docket of this Court.

                                                  Walter Herbert Rice
                                          United States District Judge